

Janice Weinberg v. CMP Media Inc., et al
Civ. No. 302 CV1242 (JCH)
U.S. District Court, District of Connecticut

## Glossary

**Browser Cache**
An area in memory set aside for the storage of web pages and content that have already been viewed on the Internet.

**Cache (ed)**
Meaning, temporarily stored on a computer. The length of time an item may be stored can vary.

**CGI**
The acronym for Common Gateway Interface, CGI is an interface program that enables an Internet server to run external programs to perform a specific function. Gateway scripts are commonly used to add interactivity to a web page by allowing users to do things like fill out and submit forms for processing; query databases by submitting search requests; and register or gain access to password-protected areas of a site. CGI scripts are also used to implement a variety of tracking and measurement systems on a website.

**E-mail**
Short for electronic mail, e-mail consists of messages, usually text, sent from one user to another via a network. E-mail can be sent automatically to a number of addresses.  It is the most frequently used communications tool on the Internet.

**FTP**
The acronym for File Transfer Protocol.   FTP is a very common method of transferring one or more files from one computer to another. If you want to upload files to a remote computer, you can often use an FTP client program to transfer files. To use FTP, you need to know the name of the file, the computer where it resides, and the directory it is in.

**HTML**
The acronym for Hypertext Markup Language.  It is the underlying formatting for World Wide Web documents.  HTML uses a finite list of tags or codes that describe the general structure of various kinds of documents linked together on the World Wide Web.

**Hyperlink**
A link that connects you to other documents, other places within the same document, pictures, or HTML pages.

**Internet**
The Internet is a non-commercial, self-governing network devoted mostly to communication and research with roughly 20 million users worldwide. It is a collection of tens of thousands of networks, online services, and single-user components. The Internet grew out of the U.S. Government ARPAnet project, and is specifically designed to have no central governing authority

**ISP**
The acronym for Internet Service Provider.  ISPs are the companies that provide access to end users of the Internet.  They are the remote computer system to which you connect your personal computer and through which you connect to the Internet. Internet service providers that you access by modem and telephone line are often called dial-up services.

**Napster/Grokster/Morpheus**
These are examples of private networks that use the Internet for the sharing of various types of computer files and digital media.  Users communicate directly with each other to share and exchange all kinds of files – music, images, documents, etc.

**Janice Weinberg v. CMP Media Inc., et al**
**Civ. No. 302 CV1242 (JCH)**
**U.S. District Court, District of Connecticut**

**Network**
A network is two or more computers connected to each other so they can share resources. The Internet is a "network of networks," whereby anyone -- from an individual at a home with a computer to a large corporate multi-department system -- can freely and easily exchange information.

**PDA**
The acronym for Personal Digital Assistant. This is the general term for any portable computer. PDA's are generally classified according to size into palmtops, handhelds, and laptops.

**Personal Website**
A website of a small scale commonly produced by an individual. See Website.

**Proxy Server**
A proxy is somebody you delegate to do something for you. A proxy server is a system that communicates with the Internet on behalf of another computer system or a user on a computer network.

**RAM**
Also called memory, RAM is temporary storage space on the chips in your computer. RAM is an acronym for Random Access Memory.

**URL**
The acronym for Uniform Resource Locator. A URL is the address for a resource or site (usually a directory or file) on the World Wide Web and the convention that web browsers use for locating files and other remote services on the Internet.

**Web Browser**
A web browser is a software program that allows you to view and interact with various kinds of Internet resources available on the World Wide Web.

**Web Server**
A web server is a computer that handles requests for data, e-mail, file transfers, and other network services from other computers, primarily communicating with Internet users using HTML.

**Web Server Log Files**
Files created by web, proxy or other Internet servers that contain all of the information regarding visitor access and related activity on that server.

**Website**
A website is a collection of network services, primarily HTML documents, that are linked together and that exist on the web at a particular server. Exploring a website usually begins with the home page, which may lead you to more information about that site.

**Thor Lundberg**

25 Lilac Way
Taunton, MA 02780
Home:  508-880-9864
Work:  781-440-1368
thorlundberg@yahoo.com

## Profile
Seasoned IT professional with over 8 years of progressive IT management experience developing computer and network solutions and standards. Expertise includes: Internet and network technologies, computer and network security solutions, and implementing technological solutions within IT budget requirements. Reputation for having a high level of technological proficiency, strong work ethic, team building, thriving in challenges, superior oral and written communication skills, and being committed to quality oriented and client focused solutions.

## Education
**Gordon College**
May 1992

Bachelor of Science
*Physics and Mathematics*

Wenham, MA

## Technical Summary
**Programming**
HTML, PERL, CGI, VB Script, LDAP, ASP, Visual Basic, Object Oriented Programming, C, Visual, Transact SQL, Foxpro 6.x/7.x, Foxpro for Windows/DOS 2.x, Turbo Basic, Turbo Pascal, X-Base languages

**Servers and Operating Systems**
Microsoft DNS, DHCP, WINS, Active Directory, Terminal servers
Microsoft Windows NT 3.5x/4.0/2000, Windows 2003/.NET, Windows 9x/ME/XP
Microsoft Internet Information Server, Apache
Microsoft SQL Server 6.x/7.x/2000, Oracle 4.x, MySQL Server
Microsoft Exchange Server 5.x/2000, Commerce Server 2000, Site Server
Microsoft Windows 3.x, MS Windows for Workgroups 3.11
Citrix Metaframe XP Server, VNC, OpenSSH
Sun Solaris, HP-UX, LINUX (Mandrake, SlackWare, Red Hat), Novell 3.x/4.x, MS DOS, Macintosh (MAC/OS)

**Network and Internet Technologies**
Clustering - Microsoft Clustering (Windows 2000 and SQL 2000), Bright Tiger/ClusterCats
Networks - wireless, Ethernet, RAS, VPN, SLIP, Token Ring, peer-to-peer networking
WAN and LAN - design, implementation, sub-netting, DMZ, all major Internet and Intranet protocols
Management - HP Open View, Compaq Insight Manager, DeepMetrix IPMonitor, SNMP
Security - MS Active Directory, NT policies, security tokens, network and system lockdown strategies
Firewall - Cisco IOS, PIX, CheckPoint Firewall-1, MS ISA Server, ipchains/iptables
Hacking - technologies, techniques, methods, motivations, modes of operation
Auditing systems - NMAP, Netstumbler, GFI LANguard, L0phtcrack, ANTExp, ISS/Scanners
IDS Systems - Tripwire, Dragon, Snort, eTrust, SilentRunner, ISS/RealSecure, Cisco agents
VPN - MSPPTP, SecureRemote, Nortel, IKE, 3DES, FWZ, MSCHAPv2, Key FOB, FreeS/WAN
Hardware - network routers, Cisco switches and hubs, Arrowpoint, SOHO devices
Backup - Veritas Netbackup, ARCserve, Storagetek tape library, DLT, LTO, DAT

**Computer Forensics and Investigation**
Forensic methodology, DoD standards, preservation of original evidence
Forensic Toolkit, Encase, The Coroner's Toolkit, LINUX solutions
Password recovery utilities from AccessData and Elcomsoft
Hardware-write blocking devices
Analyzing and acquiring non-standard computer and network configurations

**Hardware**
Compaq Proliant and DEC Alpha servers, mass storage devices, EMC Symmetrix (3430, 3830), Compaq SAN (HSG 80), hardware and software based RAID solutions, construction and repair of servers, desktop IBM compatible PCs and Macintosh systems

# Experience
**Level(3) Incorporated**
March 2003 - present                    *IT Architect*                           Norwood, MA

Responsible for managing and supporting the global Windows Active Directory network infrastructure
Specific areas of responsibility include participating in company merger and acquisition activity
Major Accomplishments:
* Reduced the overall number of worldwide SQL Servers from 25 to 5, resulting in the reduction of administrative complexity, and reducing annual server maintenance costs.
* Managed the integration of worldwide Line of Business systems to a single Level(3) data center, reducing the number of required server to less than 100, dramatically improving infrastructure ROI
* Implemented Arrowpoint/Cisco Content Services switches resulting in the significant increase in availability, performance, and fault-protection of the E-Commerce web presence

**Software Spectrum**
August 2002 - March 2003               *Senior System Engineer*                 Norwood, MA

Responsible for managing and supporting the global enterprise Windows network infrastructure, Microsoft Exchange 5.5/2000, Microsoft SQL Server, and Microsoft Internet Information Server Internet and Intranet environments
Specific areas of responsibility include:
* Management and support of the global Windows NT4 and Active Directory infrastructure
* Design, research, evaluate, test, implement, and recommend new technology and service offerings
* Work closely with company divisions providing technological solutions, training, and assistance
* Specify, build, support, monitor, and service all Windows servers
Major Accomplishments:
* Successfully integrated the Windows NT4 global network of Software Spectrum with Corporate Software's Windows 2000 Active Directory global network
* Developed and implemented a global network server patch management paradigm, enabling all Windows based servers to stay current with the latest updates. This resulted in both, the ability to be proactive in preventing network security issues, as well as ensured the stability of server operating systems
* Utilized Citrix Metaframe XP servers to improve both the management of Line of Business applications and the performance of business applications via the WAN, as well as reducing needed hardware across global offices

**Raynham Massachusetts Police Department**
April 1999 - present              *Director, Computer Crime Investigations*      Raynham, MA

Responsible for fulfilling all the obligations and duties assigned to a law enforcement officer. Serve as the on staff specialist, investigator, and prosecution expert in all matters of computer and electronic crime. Train police officers in all matters of proper computer crime investigation. Serve as a network administrator consultant for the Town of Raynham.
Major Accomplishments:
* Highly successful computer crime investigations, forensic investigations, and public service
* Designed and implemented a Wide Area Network using Cisco routers and switches and fiber connecting Town Offices, Police Department, Fire Department, Water Department, and retirement communities
* Installed and secured the Police Department LAN per legal requirements using firewalls, IDS, ACL policies on routers, and lockdown procedures for MS Windows NT/2000 and Unix (SCO) systems

**Corporate Software**
January 1998 - August 2002          *Technology Systems Specialist*                Norwood, MA

Responsible for the critical infrastructure of the company's global information, web, and reporting systems as well as the security of the corporate network.
Specific areas of responsibility include:
* Administration of the Microsoft Windows NT/2000, Active Directory, MS Exchange 5.5 and 2000, MS SQL Server and corporate Microsoft Internet Information Server Internet and Intranet environments
* Define and implement networking, server, and computer security guidelines and policies
* Proactively monitor and address computer network security concerns
* Implement fault-tolerant server and networking solutions
* Design, research, evaluate, test, implement, and recommend new technology and service offerings
* Architect and implement technology solutions for Data Warehouse, EDI, Web, Networking, and EC
* Work closely with company divisions providing technological solutions, training, and assistance
* Participated in company merger and acquisition activity
Major Accomplishments:
* Secured all DMZ (NT and UNIX based) systems resulting in an elimination of all forms of network and system exploits, never compromised by Nimda, Love Bug, Code Red and similar outbreaks
* Implemented Sourcefire's Snort and Computer Associates' eTrust Intrusion Detection systems to monitor the corporate network, deployed within a week, resulting in both the ability to be proactive in addressing security concerns and conformity of employees to acceptable use guidelines. Reduced employee unacceptable use of network resources by 30% within one week after deployment
* Developed and implemented corporate network security standards, resulting in enhanced security awareness, and formation of a security response team to address network concerns
* Established a VPN solution for the EDI group used by vendors and customers resulting in lowering operational costs by $4K per year, and strongly securing exchanges of key business information
* Implemented a fault-tolerant solution for E-Commerce web servers yielding an average annual uptime of 99.9%, high customer satisfaction and increased business via E-Commerce initiatives
* Designed and implemented the re-architecture of the North American Data Warehouse, which resulted in optimizing the long-term storage of OLTP and heterogeneous data sources. Reduced the overall number of required servers from 14 to 3, greatly reducing annual server maintenance costs. Significantly improved the timeliness and completeness of data which greatly enhanced corporate reporting capabilities
* Designed and implemented a fault-tolerant Global Data Warehouse using MSSQL 2000 and Business Objects. This solution provided near real-time data availability, high system availability, and a flexible architecture for worldwide Decision Support Reporting Systems

**ZDNet**
September 1995 - January 1998          *System Administrator*                Cambridge, MA

Responsibilities included Administration of Solaris ZDNet website (server farm - 14 servers) and Windows NT 3.5x/4.x network, designing Internet applications and comprehensive reporting systems, and providing corporate-wide technical support for application developers.
Major Accomplishments:
* Project lead, designed and implemented an OLAP data warehousing system for complete analysis of all ZDNet website activity using HTML, PERL, C, Visual FoxPro, VB Script, MS IIS, MS Exchange, and MySQL
* Project lead, designed and implemented a website Advertising Tracking and Reporting system using PERL, C, Visual Foxpro, and MS SQL 6.5 resulting in a significant increase in both the number of companies advertising via the web with ZDNet and revenues earned due to advertising

**ZDNET (formerly Ziff Davis Interactive)**
November 1994 - September 1995          *Database Design Engineer*                Cambridge, MA

Responsibilities included project management and development of corporate database systems, providing training in application development and operating system use and administration of Novell (3.x) servers.
Major Accomplishments:

* Project lead, designed and implemented comprehensive shareware tracking and inventory data warehouse in under 6 months, originally projected at 8 months, using Foxpro for Windows 2.6 resulting in an efficient and scaleable process by which ZDNet obtained and catalogued shareware
* Coordinated development of custom shareware upload formats with on-line service providers, including AOL, Prodigy, CompuServe, MSN, and Interchange
* Created and implemented a three-tier approach to proactively virus scan inbound and outbound files from the ZDNet shareware library, using McAfee, NAV and F-Prot, resulting in ZDNet earning the reputation as being the "most trusted source of shareware" on both the Internet and online services

## Professional Associations

| | |
|---|---|
| 1/2002 – Present | USSS New England Electronic Crimes Task Force |
| 1/2002 – Present | Cyber Enforcement Resources Incorporated |
| 1/2000 – Present | Regional Electronic and Computer Crime Taskforce |
| 1/1999 – Present | Massachusetts Police Association |
| 1/1998 – Present | High Tech Crime Investigation Association |
| 1/1997 – Present | High Tech Crime Consortium |

**Janice Weinberg v. CMP Media Inc., et al**
**Civ. No. 302 CV1242 (JCH)**
**U.S. District Court, District of Connecticut**
**List of Cases Testified – Thor Lundberg**


Commonwealth v. Christopher Cahill
      Plymouth County Grand Jury, Commonwealth of Massachusetts
      June 14, 2002, Witness for the Prosecution

Commonwealth v. Christopher Cahill
      Plymouth County District Court, Commonwealth of Massachusetts
      April 2002, Witness for the Prosecution

Edi Specialists and David E. Mills, Steven A. Mills, Jeffrey T. Cutter
      Taunton District Court, Commonwealth of Massachusetts
      July 24, 2001, Witness for the Prosecution

Janice Weinberg v. CMP Media Inc., et al
Civ. No. 302 CV1242 (JCH)
U.S. District Court, District of Connecticut

### Declaration of Thor P. Lundberg

I, Thor P. Lundberg, declare as follows:

1.  I am a resident of the city of Broomfield, in the county of Broomfield, in the state of Colorado, having relocated on July 19, 2003 for reasons of personal employment.

2.  I have knowledge of the facts set forth in this declaration, and if called as a witness, could competently testify to these facts.

3.  I have attached a current copy of my resume, attesting to my professional qualifications.

4.  I have estimated the size of the article "Determining the Causes of an Unsuccessful Job Hunt" to be approximately 8,000 bytes in size figuring only the text as viewed in a traditional way and converted to standard electronic form with no special formatting characters either visible or not readily apparent to a reader (see Exhibit A).

5.  The Jason Kates Declaration provides an Exhibit A (hereafter "J.K. Exhibit A") containing a table citing examples of web server log file entries of attempts for Internet users to request the article known as "Determining the Causes of an Unsuccessful Job Hunt" (hereafter "the Article").

6.  On page 1 of the J.K. Exhibit A, there are 13 rows of information. Ten of those rows demonstrate unsuccessful attempts of Internet users to obtain the Article by means of 0 bytes of data being sent to the user requesting the Article. Three of the rows on page 1 of the J.K. Exhibit A also demonstrate unsuccessful attempts of Internet users to obtain the Article by means of the user receiving an "HTTP 302 status" response – forcing their attempt to go to a different web page not specified in J.K. Exhibit A or elsewhere.

7.  On page 2 of the J.K. Exhibit A, there are 16 rows of information. Twelve of those rows again, demonstrate unsuccessful attempts of Internet users to obtain the Article by means of the user receiving an "HTTP 302 status" response – forcing their attempt to go to a different web page not specified in J.K. Exhibit A or elsewhere.

8.  However, on page 2 of J.K. Exhibit A, there is clear evidence of Internet users making a request of "the Article" and receiving content successfully. The last four rows of the J.K. Exhibit A, page 2, contain a successful response for visitors requesting the Article by means of the file-path associated with it, specifically the object requested by each of the four Internet users was "GET /se/directlink.cgi?EET19970428S0008". This GET is an action by an Internet user having a basic meaning of "get me what I am requesting" from the server on which the GET is being made. Each Internet user was requesting the Article, by asking for "/se/directlink.cgi?EET19970428S0008" and received an "HTTP 200 status" response to this command, which is universally accepted by Internet administrators and professionals alike to mean that the request for the Article was "successfully fulfilled". An HTTP 200 status is never understood to be meant as an error, whether a slight "problem" or critical "issue".

9.  This successful response to requests for the Article by Internet users is seen again in J.K. Exhibit A, page 3. Each of the eight rows stated in the Exhibit clearly show that each user received a "HTTP 200 status" response from the server when requesting the Article by means of its relative file path (to the server on which the GET is being made) "/se/directlink.cgi?EET19970428S0008".

10. The success of each Internet request is further substantiated by the "amount of data sent to the user". Contained within the last four lines of J.K. Exhibit A, page 2 and all eight lines of J.K. Exhibit A, page 3, along with the "HTTP 200 status" responses recorded in the rightmost column (sample

from the web server log file), is the volume of data sent to each user requesting the document "/se/directlink.cgi?EET19970428S0008" which is to be understood as the Article. In every case, the amount of data sent to the user requesting the Article is much greater in size than the content of the plain Article (Exhibit A) if sent in the same manner to a requesting user. In summary (with respect to J.K. Exhibit A):

a.   Page 2: Line 13 – 25,641 bytes of data were sent to the user making the request
b.   Page 2: Line 14 – 26,820 bytes of data were sent to the user making the request
c.   Page 2: Line 15 – 24,932 bytes of data were sent to the user making the request
d.   Page 2: Line 16 – 24,776 bytes of data were sent to the user making the request
e.   Page 3: Line 1 – 24,801 bytes of data were sent to the user making the request
f.   Page 3: Line 2 – 25,843 bytes of data were sent to the user making the request
g.   Page 3: Line 3 – 24,753 bytes of data were sent to the user making the request
h.   Page 3: Line 4 – 24,726 bytes of data were sent to the user making the request
i.   Page 3: Line 5 – 24,896 bytes of data were sent to the user making the request
j.   Page 3: Line 6 – 25,352 bytes of data were sent to the user making the request
k.   Page 3: Line 7 – 24,251 bytes of data were sent to the user making the request
l.   Page 3: Line 8 – 24,985 bytes of data were sent to the user making the request

If the user received an error page as a result of making a request for the Article after having received a HTTP 200 status, it begs a serious question as to what the content of such an error page would contain. First, the Internet user requesting the page received a HTTP 200 status ("success"). Second, considering the volume of data sent to the user, for such data to be error information, it would be nearly 3 times as voluminous as the plain content of the Article (Exhibit A)!

11.  The Article being requested by Internet users via the file-path "/se/directlink.cgi", contains a file named "directlink.cgi". This file appears to be following a known naming convention of using a CGI extension in the file name to mean it is a "CGI script."

CGI is basically a standard, practically used as a scripting methodology, used by website developers and administrators for a variety of reasons. Known as the "Common Gateway Interface" (CGI), such scripts are commonly used to "connect disparate technologies" (such as external applications) to web servers as well as "dynamically" assemble content "on the fly" before delivering a final stream of bytes to Internet users. In situations such as delivering authored articles and publications stored in a database, CGI is well suited.

12.  In reference to the Article, to account for the amount of data sent to users (seen in Paragraph 10, lines a-l above), the CGI explanation makes the most sense. The "directlink.cgi" appears to have been used to send the requesting Internet user, an amount of data of a volume equal to the plain content of the Article (Exhibit A, approximated to be about 8,000 bytes in size) and appending to it other bits of data, such as other text references containing URLs to advertisements, HTML formatting tags, special HTML codes such as "scripts" or "styles", supplemental text for purposes of information, HTML link information to other internal or external websites, text links to display graphic images above, beside and/or below the raw content of the article (Exhibit A), etc. As such, the amount of data clearly indicates that what is delivered to a Internet user requesting "/se/directlink.cgi?EET19970428S0008" was more than just article, or mere error text. The volume of data substantiates a result of nothing short of a vivid display of any possibility of presentation – formatted text, graphic images, cascading menus, graphic or text banners, etc..

13.  Because J.K. Exhibit A demonstrates 12 instances of Internet users receiving HTTP 200 status responses to their requests for the Article, and obtaining a volume of data consistent with size estimations as to what a full document of the Article, with all kinds of HTML formatting and coding, would be when sent to Internet users via a CGI script, it is clear that Internet users did successfully view and received the Article on the CMP website.

14. Of the 12 instances of Internet users receiving HTTP 200 status responses to their requests for the Article via "/se/directlink.cgi?EET19970428S0008", each requestor of the Article came from one of three prior locations immediately before requesting the Article. Referring to J.K. Exhibit A, these locations are:

    a. http://www.bway.net/galaxy/hotlist.htm
        i.   page 2 (lines 13 and 16) page 3 (lines 1,4,5,7 and 8)
    b. http://www.galaxymgt.com/CFPages/CareerStrategies.cfm
        i.   page 2 (lines 14 and 15) page 3 (line 2)
    c. (no prior location specified)
        i.   page 3 (lines 3 and 6)

15. Regarding Internet web server technology, there is only 1 of 2 possible ways the "prior location" field (technically called the "referring URL" field or value, indicating where the Internet user came from to request the Article) would contain no information in a web server log configured to receive such information. These are:

    a. An unpredictable error occurred when the web server tried to write the referring URL value or full line of text to the web server log file. When this occurs, typically the log file line is corrupted and the corruption is usually very self-evident. Hardly is a log file line seen as "intact" when such occurs.
    b. The user attempted to access the Article without providing a Referring URL value. This most commonly occurs under two very specific circumstances:
        i.   The user requesting the Article did so by using a "Bookmark" or "Favorite" stored in his or her browser.
        ii.   The user manually typed in the full URL corresponding to the Article in the Address field of their browser (for example:
          http://www.techweb.com/se/directlink.cgi?EET19970428S0008)

16. Because the log file line is seen in J.K. Exhibit A, page 3 lines 3 and 6, as intact, no corruption can be assumed. As such, the user making those requests did so either by making a wild "guess" at the full URL corresponding to the Article, or had prior knowledge of the existence of the article online and saved the URL reference to the Article in their Web Browser's Bookmark or Favorites.

17. In J.K. Exhibit A, there is the indication that 12 successful Internet requests for the Article were made. On each occasion, each Internet user in question was using an identifiable Web Browser technology. Furthermore, each Web Browser being used relies on a "browser cache" (a place where documents viewed on the Internet are stored locally on the computer viewing the Internet document) to store documents received from Internet servers in electronic form. In each situation, due to the basic function of Internet web server communication, a full copy of the Article was electronically transferred by CMP's web servers to the requesting user, and hence, duplicated via the function of the web browser cache. From the browser cache location of each Internet user viewing the Article via their web browser, reproduction and redistribution would be unrestricted.

18. Referring back to paragraph 14 of this declaration, the Article was successfully requested by Internet users coming from three different locations. In the log file samples presented in J.K. Exhibit A, there is no evidence of any hindering or protecting access to the Article in those 12 successful request instances. As such, it must be assumed that since access to the Article was unfettered for a time, the entire community of Internet users had potential for access for the same -- unhindered access to the Article. Referring back to paragraph 15 section b of this declaration, it is highly possibility that prior requests were made by any number of the global Internet user community at large for the Article on the CMP website.

19. The expert report that I submitted in connection with this case on or about July 12, 2003 is true and accurate to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Broomfield, Colorado on October _17_, 2003.

_Thor P. Lundberg_          10/17/2003
Thor P Lundberg

STATE OF COLORADO            )
                            )  ss
COUNTY OF BROOMFIELD         )

Subscribed and sworn to before me this 17th day of October, 2003.

[SEAL]                      _Kim Bartlett_
                            Notary Public
                            My Commission Expires: 9.30.06

**Exhibit A**

April 28, 1997, Issue: 951
Section: Communications Employment
Determining causes of an unsuccessful job hunt
Janice Weinberg

As a job campaign extends into several months and longer, frustration and despair may gradually replace the enthusiasm with which the search was begun. Many people in such a situation are at a loss as to what they should do to rectify it. The best course of action is for the job hunter to critically examine his or her performance in each of the two primary steps of the search.

Generating an interview

First, let's consider the point at which job hunters should conclude that their methods of obtaining interviews need improvement. Based on my experience in working with large numbers of job hunters, I can offer my opinion as to what a satisfactory response rate would be in using each of several approaches for generating an interview-assuming that one is seeking a position consistent with one's employment background.

- Answering ads. An acceptable rate of interviews generated from resumes and letters sent in response to ads would be about 10 to 15 percent. While this may seem low, keep in mind that if you live in a large urban area, each advertisement may elicit 200 to 600 responses. Since companies will usually interview no more than 20 applicants for each position, you can easily see why this avenue is so competitive.

- Conducting a mail campaign. In this situation, because you have no knowledge that a suitable opening exists at the organizations with which you are initiating contact, you are essentially in the same position as companies in the direct-marketing industry that send you catalogs featuring apparel, gifts and other merchandise. In that industry, a response rate of 2 percent is considered satisfactory . . . which, when applied to the job search, would mean two interviews generated for every 100 contacts with employers. While this may seem very low, remember that a job hunter needs only one position.

Job hunters who are well-qualified for the positions they seek and who generate interviews at rates lower than those I have presented for the above two methods should probably conclude that their presentations on paper need improvement. Furthermore, those who do obtain interviews at the rates I have specified might still be able to improve their results with a higher-quality resume and letter.

Problems I typically identify when working with individuals whose results fall short of the rates I have defined as satisfactory include not enclosing a cover letter; sending a letter that is too brief; and sending a letter that doesn't contain three or four accomplishments relevant to the employer's needs.

Declaration of Thor P. Lundberg – October 2003

Resumes of these individuals usually display one or more of the following weaknesses: not opening with a summary section to quickly provide the reader with career highlights; conveying an image that is lower than the level of the targeted position; not including accomplishments; and not quantifying accomplishments, when appropriate for the type of position sought. Of course, any resume or letter that reflects a poor grasp of English cannot be expected to produce favorable results.

- Initiating contact by telephone. This method has consistently proven to be the most effective one, because it allows the job hunter to negotiate with the executive when presented with the inevitable "not interested" that will apply in most cases. In my experience, job hunters who prepare a script in advance of conducting a cold-calling campaign that contains carefully reasoned responses to objections they anticipate facing will typically obtain interviews 10 to 20 percent of the time. In most of these instances, there will not be a job opening at the time the call is made, but the executive may be willing to grant an interview based on foreseeing an opening in the future.

Producing poor results when using the telephone can usually be ascribed to one or more of the following causes: not asking the executive if he or she is free to speak before explaining the purpose of the call; asking if the executive has any openings, as opposed to delivering a sales presentation that highlights several capabilities the job hunter can bring to the organization, demonstrates some knowledge of the organization's activities and closes with a request for an interview to present his or her qualifications in person; being too willing to end the telephone conversation as soon as the executive indicates a lack of interest in meeting; poor communications skills.

Generating job offers

In today's job market, an interview is a precious opportunity that many applicants are not prepared to exploit to its full extent. Because a job hunter usually competes with other applicants-and since each interview brings you face to face with a different person-even the best-qualified applicants cannot expect to convert every interview into an offer.

However, after a job hunter has had, say, at least eight interviews with no offers received, he or she should seriously consider what factors may have contributed to the poor results. Through the numerous interview "postmortems" I have conducted with individuals who have asked for my assistance following a consistent pattern of rejection, I have identified the primary causes of failure as one or more of the following:

- Being unprepared to ask questions that communicate one's interest in the business of the organization;

- Not being able to display knowledge of the organization's products/services, if such information is in the public domain;

- Not describing one's professional experience in a way that demonstrates that one has the qualifications sought by the employer;

- Behaving in a way that makes the interviewer feel uncomfortable;

Declaration of Thor P. Lundberg – October 2003

- Focusing on one's own needs, as in the case of asking about the company's benefit plan in the first interview;

- Dressing in an inappropriate manner for the type and level of the job;

- Inability to communicate effectively.

Aside from these causes, others may apply in certain situations. For example, if you are seeking a position during a recession or in a geographical area where many people in your field have lost their jobs through layoffs, your results will surely be negatively affected. Someone who obviously has a higher level of experience than that called for in advertisements to which he or she responds is not likely to generate interviews, since employers prefer to hire people for whom the position represents an advancement, as opposed to a backward move.

Lastly, anyone seeking a career change should not expect favorable results from answering ads or conducting mail campaigns, but instead should limit his or her search to using the telephone and personal contacts-and must expect a somewhat lower response rate than that attainable by someone who is not changing careers.

It is human nature for people to have difficulty in assessing their weaknesses. Part of the reason lies in our reluctance to undertake the effort and deal with the discomfort entailed in correcting the weakness, which can range from minimal to substantial.

However, it is important that job hunters not wait too long before taking action to address an unsuccessful campaign. This is especially so if one is unemployed, since the more time that elapses, the more difficult it will be to explain the employment gap and obtain an offer. Any job hunter who suspects a problem pertaining to his or her resume, letter or interviewing skills is hampering the attainment of employment would do well to obtain an objective assessment of the situation from a respected executive in the targeted field and/or a qualified career professional.

-(c)1996 by Janice Weinberg. All Rights Reserved. Janice Weinberg is the author of "How To Win The Job You Really Want," (Henry Holt & Co.), and the founder of Career Solutions in Westport, Conn.

Copyright (c) 1997 CMP Media Inc.

# Thor Lundberg

1360 W. 13th Ave
Broomfield, CO  80020

Home – (303) 466-5389
Work – (720) 888-7036
Mobile – (720) 838-7212
EMail – thorlundberg@yahoo.com

## Profile

Seasoned IT professional with over 8 years of progressive IT management experience developing computer and network solutions and standards. Expertise includes: Internet and network technologies, computer and network security solutions, and implementing technological solutions within IT budget requirements. Reputation for having a high level of technological proficiency, strong work ethic, team building, thriving in challenges, superior oral and written communication skills, and being committed to quality oriented and client focused solutions.

## Technical Summary

Programming
HTML, PERL, CGI, VB Script, LDAP, ASP, Visual Basic, C, Visual, Transact SQL, Foxpro 6.x/7.x, Foxpro for Windows/DOS 2.x, Turbo Basic, Turbo Pascal, X-Base languages

Network and Internet Technologies
Firewall - Cisco IOS, PIX, CheckPoint Firewall-1, MS ISA Server, ipchains/iptables
Hacking - technologies, techniques, methods, motivations, modes of operation
Auditing systems - NMAP, Netstumbler, GFI LANguard, L0phtcrack, ANTExp, ISS/Scanners
IDS Systems - Tripwire, Dragon, Snort, eTrust, SilentRunner, ISS/RealSecure, Cisco agents
Security – MS Active Directory, NT policies, security tokens, network and system lockdown strategies
Management - HP Open View, Compaq Insight Manager, DeepMetrix IPMonitor, SNMP
Networks - wireless, Ethernet, RAS, VPN, SLIP, Token Ring, peer-to-peer networking
VPN - MSPPTP, SecureRemote, Nortel, IKE, 3DES, MSCHAPv2, FreeS/WAN, appliance/software solutions
Clustering - Microsoft Clustering (Windows 2000 and SQL 2000), Bright Tiger/ClusterCats
WAN and LAN – design, implementation, sub-netting, DMZ, all major Internet and Intranet protocols
Hardware - network routers, switches and hubs (Cisco and Bay Networks), Arrowpoint, SOHO devices
Backup – Veritas Netbackup, ARCserve, Storagetek tape library, DLT, LTO, DAT

Computer Forensics and Investigation
Forensic methodology, DoD standards, preservation of original evidence
Forensic Toolkit, Encase, The Coroner's Toolkit, LINUX solutions
Password recovery utilities from AccessData and Elcomsoft
Hardware-write blocking devices
Analyzing and acquiring non-standard computer and network configurations

Servers and Operating Systems
Microsoft DNS, DHCP, WINS, Active Directory, Terminal servers
Microsoft Windows NT 3.5x/4.0/2000, Windows 9x/ME/XP
Microsoft Internet Information Server, Apache
Microsoft SQL Server 6.x/7.x/2000, Oracle 4.x, MySQL Server
Microsoft Exchange Server 5.x/2000, Commerce Server 2000, Site Server
Microsoft Windows 3.x, MS Windows for Workgroups 3.11
Citrix Metaframe XP Server, VNC, OpenSSH
Sun Solaris, HP-UX, LINUX (Mandrake, SlackWare, Red Hat), Novell 3.x/4.x, MS DOS, Macintosh (MAC/OS)

Hardware
Compaq and DEC Alpha servers, mass storage devices, EMC Symmetrix (3430, 3830), Compaq SAN (HSG 80), hardware and software based RAID solutions, construction and repair of servers, desktop IBM compatible PCs and Macintosh systems

## Professional Experience

**3/03 – present:**    **Level (3) Incorporated**                                          **Norwood, MA**
                     **Information Technology Architect**

Responsible for managing and supporting the global Windows Active Directory network infrastructure
  Specific areas of responsibility include:
- Maintain global network infrastructure and participate in company merger and acquisition activity

Major Accomplishments:
- Reduced the overall number of required SQL Servers from 25 to 5, resulting in the reduction of administrative complexity, and reducing annual server maintenance costs.
- Managed the integration of worldwide Line of Business systems into a single data center, reducing the number of required server to less than 100, dramatically improving infrastructure ROI
- Implemented Arrowpoint/Cisco Content Services switches resulting in the significant increase in availability, performance, and fault-protection of the E-Commerce web presence

**4/99 – 7/03:**    **Raynham Massachusetts Police Dept.**                              **Raynham, MA**
                  **Computer Crime Investigator/Computer Forensic Specialist**
                  **Special/Reserve Officer**

Responsible for fulfilling all the obligations and duties assigned to a law enforcement officer. Also serve as the on staff specialist, investigator, and prosecution expert in all matters of computer and electronic crime. Train police officers in all matters of proper computer crime investigation. Serve as a network administrator consultant for the Town of Raynham.

Major Accomplishments:
- Highly successful computer crime investigations, forensic investigations, and public service
- Established a WAN using Cisco technology (managing 2600 series routers and managing 1900 series switches) and fiber connecting systems located at the Town Offices, Police Department, Fire Department, Water Department, and retirement communities
- Installed and secured the Police Department LAN per legal requirements using firewalls, IDS, ACL policies on routers, and lockdown procedures for MS Windows NT/2000 and Unix (SCO) systems

**8/02 – 3/03:**    **Software Spectrum (a subsidiary of Level (3))**                   **Norwood, MA**
                  **Senior Systems Engineer**

Responsible for managing and supporting the global Wintel network infrastructure, Microsoft Exchange 5.5 and 2000, Microsoft SQL Server, and Microsoft Internet Information Server Internet and Intranet environments
  Specific areas of responsibility include:
- Management and support of the global x86 Windows NT4 and Active Directory infrastructure
- Design, research, evaluate, test, implement, and recommend new technology and service offerings
- Work closely with company divisions providing technological solutions, training, and assistance
- Specify, build, support, monitor, and service all x86 servers
- Participate in company merger and acquisition activity

Major Accomplishments:
- Successfully integrated the Windows NT4 global network of Software Spectrum with Corporate Software's Windows 2000 Active Directory global network
- Developed and implemented a global network server patch management paradigm, enabling all Windows based servers to stay current with the latest updates.  This resulted in both, the ability to be proactive in preventing network security issues, as well as ensured the stability of server operating systems
- Utilized Citrix Metaframe XP servers to improve both the management of Line of Business applications and the performance of business applications via the WAN, as well as reducing needed hardware across global offices

**1/98 – 8/02:**    **Corporate Software (merged with Software Spectrum)**              **Norwood, MA**
                  **Technology Systems Specialist**

Responsible for the critical infrastructure of the company's global information, web, and reporting systems as well as the security of the corporate network.
  Specific areas of responsibility include:
- Administration of the Microsoft Windows NT/2000, Active Directory, MS Exchange 5.5 and 2000, MS SQL Server and corporate Microsoft Internet Information Server Internet and Intranet environments
- Define and implement networking, server, and computer security guidelines and policies
- Proactively monitor and address computer network security concerns

- Implement fault-tolerant server and networking solutions
- Design, research, evaluate, test, implement, and recommend new technology and service offerings
- Architect and implement technology solutions for Data Warehouse, EDI, Web, Networking, and EC
- Work closely with company divisions providing technological solutions, training, and assistance
- Participated in company merger and acquisition activity

Major Accomplishments:

- Secured all DMZ (NT and UNIX based) systems resulting in an elimination of all forms of network and system exploits, never compromised by Nimda, Love Bug, Code Red and similar outbreaks
- Implemented Sourcefire's Snort and Computer Associates' eTrust Intrusion Detection systems to monitor the corporate network, deployed within a week, resulting in both the ability to be proactive in addressing security concerns and conformity of employees to acceptable use guidelines.  Reduced employee unacceptable use of network resources by 30% within one week after deployment
- Developed and implemented corporate network security standards, firewall policies, and operational security procedures resulting in enhanced security awareness, tuning of critical network resources, and formation of a security response team to address network security concerns
- Established a VPN solution for the EDI group used by vendors and customers resulting in lowering operational costs by $4K per year, and strongly securing exchanges of key business information
- Implemented a fault-tolerant solution for E-Commerce web servers yielding an average annual uptime of 99.9%, high customer satisfaction and increased business via E-Commerce initiatives
- Designed and implemented the re-architecture of the North American Data Warehouse, which resulted in optimizing the long-term storage of OLTP and heterogeneous data sources. Reduced the overall number of required servers from 14 to 3, greatly reducing annual server maintenance costs. Significantly improved the timeliness and completeness of data which greatly enhanced corporate reporting capabilities
- Designed and implemented a Global fault-tolerant Data Warehouse solution that allowed for worldwide data consolidation and centralized global reporting.  This solution provided rapid data availability, high system availability, and a flexible architecture for worldwide Decision Support Reporting Systems
- Stabilized the rapidly growing SQL Server environment by reorganizing server resources, reconfiguring RAID volumes, optimizing server settings, enhancing database device configurations, and improving backup methodology resulting in the elimination of database corruption

**9/95 – 1/98:**      **ZDNet**                                                                      **Cambridge, MA**
              *Web System Administrator/Database Administrator*

Responsibilities included Administration of Solaris ZDNet website (server farm – 14 servers) and Windows NT 3.5x/4.x network, designing Internet applications and comprehensive reporting systems, and providing corporate-wide technical support for application developers.

Major Accomplishments:

- Project lead, designed and implemented an OLAP data warehousing system for complete analysis of all ZDNet website activity using HTML, PERL, C, Visual FoxPro, VB Script, MS IIS, MS Exchange, and MySQL
- Project lead, designed and implemented a website Advertising Tracking and Reporting system using PERL, C, Visual Foxpro, and MS SQL 6.5 resulting in a significant increase in both the number of companies advertising via the web with ZDNet and revenues earned due to advertising

**11/94 – 9/95:**     **ZDNet (formerly Ziff Davis Interactive)**                        **Cambridge, MA**
              *Database Design Engineer*

Responsibilities included project management and development of corporate database systems, providing training in application development and operating system use and administration of Novell (3.x) servers.

Major Accomplishments:

- Project lead, designed and implemented comprehensive shareware tracking and inventory data warehouse in under 6 months, originally projected at 8 months, using Foxpro for Windows 2.6 resulting in an efficient and scaleable process by which ZDNet obtained and catalogued shareware
- Coordinated development of custom shareware upload formats with on-line service providers, including AOL, Prodigy, CompuServe, MSN, and Interchange
- Created and implemented a three-tier approach to proactively virus scan inbound and outbound files from the ZDNet shareware library, using McAfee, NAV and F-Prot, resulting in ZDNet earning the reputation as being the "most trusted source of shareware" on both the Internet and online services

**7/93 – 11/94:**  **ZD Comdex & Forums (formerly The Interface Group)**  **Needham, MA**
  **Programmer/Analyst**

Responsibilities spanned development and maintenance of corporate database systems in Foxpro and Clipper languages, providing technical support and training in MS Windows 3.x and MS Office products, supervising temporary employees, setting up temporary Novell (3.x) and Serial networking systems at remote locations.
Major Accomplishments:

- Interfaced Foxpro with COMDEX attendee badge-making equipment over a serial connection
- Developed and maintained COMDEX database systems in Foxpro and Clipper
- Developed and maintained company Accounting and Hotel Reservation systems using Foxpro for DOS and Foxpro for Windows 2.x

**2/93 – 6/93:**  **ML & M Services, Incorporated**  **Woburn, MA**
  **Network Administrator/Print Room Coordinator**

Responsibilities included providing end user technical support and system/network administration.
  Specific areas of responsibility included:

- Novell (3.x) network administration
- Coordination of the printing and electronic transfer of transcribed medical records
- Designing and implementing inventory and quality control software using Foxpro for DOS 2.0

## Education and Training

- ➢ Bachelor of Science Degree in Physics and Mathematics, May 1992 (Gordon College, Wenham, MA)
- ➢ HP OpenView NNM Fundamentals for Unix Administrators (1999 - HP Educational Services)
- ➢ Video Forensics – AVID Technologies (7/2001 - Ocean Systems)
- ➢ Computer Forensics (11/2000 - Guidance Software Inc.)
- ➢ Basic Reserve Intermittent Police Academy (9/1999 - MCJTC)
- ➢ Several technology courses in the areas of networking and application development

## Memberships and Honors

- ➢ High Tech Crime Consortium (1997 to 2003)
- ➢ High Tech Crime Investigation Agency, Northeast chapter (1998 to 2003)
- ➢ Massachusetts Police Association (1999 to 2003)
- ➢ Regional Electronic and Computer Crime Taskforce, Raynham, MA (2000 to 2003)
- ➢ New England Electronic Crimes Taskforce, USSS, Boston, MA (2002 to 2003)
- ➢ Cyber Enforcement Resources Inc., a non-profit law enforcement organization (2002 to 2003)
- ➢ Award: "Most Valuable Contributor to Cyber Law Enforcement Efforts" in the year 2001
  (1,800+ person vote consisting of law enforcement and industry security specialists)

## References

Personal and professional references are available upon request


REPRINT
SERVICES
CMP
PUBLICATIONS
INC.

1 Jericho Plaza • Second Floor, Wing A • Jericho, NY 11753 • (800) 682-4972 • Fax (516) 733-6899

URL: http://techweb.cmp.com/mrg/current/reprints.html

August 15, 1996

# REDACTED

This is to confirm that CMP Media Inc., the publisher of *Computer Reseller News*, gives you _____ permission to reprint and distribute the article entitled "CRN Test Center—Intergraph" which appeared in the July 8, 1996 issue of *Computer Reseller News*. You are being provided with one (1) set of color film.

This permission is granted on the condition that you print the entire article as written (EXCERPTS ARE NOT PERMISSIBLE), and you send us a sample copy of the reprint as soon as it becomes available. Please make sure the CMP Media Inc. copyright line shown at the bottom of the black and white film appears on any reprints.

Please note that the foregoing permission does not give you the right to reprint the article for any other purpose or in any other form, nor does it give you the right to grant a third party permission to reprint or reproduce the article in any form. This will confirm our invoice of $1500.

If we can be of further assistance, please do not hesitate to contact us.

Cordially,

Valerie A. Collum
Valerie A. Collum
Sales Representative
CMP MEDIA INC.

DMA:nes



**Reprint Services**

September 13, 1996

CMP Media Inc.
One Jericho Plaza
Jericho, NY 11753

800 682-4972 *Tel*
516 733-6898/6899 *Fax*

# REDACTED

This is to confirm that CMP Media Inc., the publisher of *Network Computing,* gives you- .—permission to reprint *for Internet purposes only,* the article entitled "The Internet: Top to Bottom" from the May 1, 1996 issue of *Network Computing.* You are being provided with a *SyQuest® disc,* **which must be returned to us.**

This permission is granted on the condition that you print the entire article as written (EXCERPTS ARE NOT PERMISSIBLE), and you send us a sample copy of the reprint as soon as it becomes available. Please make sure the CMP Media Inc. copyright line shown at the bottom of the text appears on any reprints.

Please note that the foregoing permission does not give you the right to reprint the article for any other purpose or in any other form, nor does it give you the right to grant a third party permission to reprint or reproduce the article in any form. This will confirm our invoice of $1500.

If we can be of further assistance, please do not hesitate to contact us.

Cordially,

Dawn M. Avenoso
Sales Representative
CMP MEDIA INC.

*25 Years of High-Tech Media*



[Date of Letter]

Mr. So-and-so
Company Name
123 Main Street, Ste. 456
Anytown, USA  78910

Good morning:

This is to confirm that CMP Media LLC, the publisher of [*Publication Name*], gives permission, for a period of [number of months], to [Company Name] in order that they may link the following CMP article to their website—via a ReviewTracker HTML Electronic Reprint URL link

- "Title of Article", [*Publication Name*], [Issue Date], [Page Numbers]

Following is the linking URL:

- http://www.infoxpress.com/reviewtracker/reprints.asp?page_id=0000

Following is your "User Name" and Password:

- User Name:  [???]  /  Password:  [???]

    (Go to:  http://www.infoxpress.com/reviewtracker/)

Please note:  The foregoing permission does not give you the right to use the above stated material for any other purpose or reproduce it in any other form—including, but not limited to, other electronic formats.  You do not have the right to create a high volume of paper reprints of this material—permission is granted exclusively for use on your website and for visitor's to your website to print for personal use.  This permission is non-transferable.  Acceptance of this letter and its contents confirms your agreement to all of the CMP Media Reprint Services' terms and conditions stated herein—and agreement to pay the invoiced amount of $[???].

If I may be of further assistance, please contact me at:  516-562-0000

Cordially,


[Salesperson's Name]
[Title]
**CMP Media LLC**



CMP Media LLC
600 Community Drive Manhasset NY 11030
www.cmpreprints.com



**CMP**
United Business Media

Phone 646-658-6929

**8. Audience Profile**
Primary audience: BizProLink customers are small to mid-size businesses with sales ranging from $100 thousand to 250 million and with 2 to 500 employees. BizProLink subscribers can create an industry-Specific Homepage with content and business tools (ASPs) for their Specific Role within an industry.
**9. Advertising/Marketing Opportunities**
Network Sponsor
Industry Sponsor
Corporate Sponsor
Private Labeling
**10. Production Specifications**

| Ad Type | Size (pixels) | Max File Size |
|---|---|---|
| Industry Sponsor | 140 x 85 | 14k |
| Corporate Sponsor | 88 X 31 | 5k |
| Supplier Storefront | Full page | |

**11. Ad Closing Dates**
Materials due five business days prior to campaign launch.

---

## BPI COMMUNICATIONS, INC.
### Comprised of:

Adweek Online
Amusement Business
BPIG
Backstage Online
Billboard.com
Brand Week
MC
The Hollywood Reporter

**Location ID: 39 64MJL 100**    Mid 605610-000
770 Broadway, New York, NY 10003. Phone 646-654-5550.
Fax 646-654-5584.

### PROFILE
BPI COMMUNICATIONS, INC. is a worldwide media company providing specialized publications, electronically delivered data and marketing services in the fields of entertainment, media, and arts and design to both the business and consumer communities.

**1. Personnel**
Exec Personnel
Adv Contact
Mary Runco

---

## CITRUS PUBLISHING/NATURE COAST CENTRAL

**Location ID: 39 64MJL 100**    Mid 715701-000
1624 N. Meadowcrest Blvd., Crystal River, FL. Phone
352-563-3206, Fax 352-563-5665.

### PROFILE
NATURE COAST CENTRAL is an online community portal for West Central Florida featuring local news, advertising, shopping, classifieds, real estate, government, and education.

**1. Personnel**
Online Acct Exec
Steve Tallman
E-mail: nccsales@infi.net

---

## CITYSEARCH INC.
### Comprised of:

CitySearch Austin
CitySearch Nashville
CitySearch New York
CitySearch Portland
CitySearch Raleigh-Durham-Chapel Hill
CitySearch San Francisco
CitySearch Utah

**http://www.citysearch.com**

**Location ID: 39 64MJL 100**    Mid 607886-000
790 E. Colorado Blvd, Ste 200, Pasadena, CA 91101. Phone
626-405-0050. Fax 626-405-9929.
E-mail: info@citysearch.com

### PROFILE
CITYSEARCH INC. is a current and complete community guide, delivering local information on arts and entertainment events, community activities, and local shopping and services to consumers via the Internet. It provides communication tools to facilitate discussion and debate on important issues in the community, and to support interaction with merchants and community organizations. CitySearch is an electronic yellow pages nor an online newspaper. Information found here is suited for delivery online and CitySearch provides a service to enable consumers to find, sort, filter, and personalize such information.

**Content Partners**
Salt Lake City, UT—KUTV-2 CBS, Portland, OR—KATU-2
San Francisco, CA—KGO-7 ABC; Alice Radio-97.3,
Los Angeles, CA—Los Angeles Times; KPCC-Radio, Austin,
TX—KVQ-TV Fox 13; Clear Channel Radio, Nashville, TN—
WZTV-Fox 17, Raleigh-Durham (The Triangle), NC—
WTVD-11 ABC; Washington, DC—Washington Post, New
York, NY—Time Out New York, Baltimore, MD—Baltimore
Sun, San Diego, CA—San Diego Tribune, Dallas, TX—
Dallas Morning News

**1. Personnel**
Mktg Dir
Judy Sacks
E-mail: badame@citysearch.com
**4. Site/Product Information**
Date Established: 08/1995.
Registration required: No.
Subscription fee required: No.
**5. Usage/Circulation**
Self Reported
Date(s) of cited measurement: 09/01/1998.
Traffic: 4,000,000 impressions per month.
**6. Audience Profile**
Primary audience: Affluent, active residents seeking up-to-date information about their community.
Secondary audience: Business and leisure travelers seeking dining, lodging and entertainment information.
**7. Content Calendar**
Updated daily.

---

DOCUMENT 91 Filed 10/17/2003

Net Banners
Text Links
Logo Links
Full Web Pages
Sponsorships: Hot Spot of the Month.
Packages: Advertising and sponsorship opportunities on multiple CitySearch cities.
**9. Rates**
Received: 01/01/1999.
Rates reported are: net.
Open Banner CPM: 35.00.
**10. Production Specifications**

| Ad Type | Size (pixels) |
|---|---|
| Half Banner | 234 X 60 |

---

## CMPNET, A DIVISION OF CMP MEDIA, LLC.
### Comprised of:

ChannelWeb
EBN Online
EDTN Network
EE Times Online
GamePower on CMPnet
ISPs.com on CMPnet
InformationWeek Online on CMPnet
InternetWeek on CMPnet
Network Computing on CMPnet
TechCalendar on CMPnet
TechNet on CMPnet
VARbusiness on CMPnet
WebTools on CMPnet

**Location ID: 39 64MJL 100**    Mid 605370-000
600 Community Dr., Manhasset, NY 11030. Phone 516-562-5000. Fax 516-562-5775.

### PROFILE
CMPNET, A DIVISION OF CMP MEDIA, LLC. is a network of technology sites on the Web reaching today's high-technology power buyers: Enterprise Buyers-ISIT, corporate decision makers, Web developers; PC Business Buyers from ISIT Sorto buyers; Net Consumers-affluent, early adopters of technology.

**2. Advertising Sales Office(s)**
Waltham; 290 Winter St.
Waltham, MA 02451
Dist Sales Mgr-New England
Alan Casucci
Phone 781-839-1225.
E-mail: acasucci@cmp.com
Acct Exec-N. E.
Jill Nelson
Phone 781-839-1279.
E-mail: jnelson@cmp.com
Manhasset; 600 Community Dr.
Manhasset, NY 11030
Dist Sales Mgr-NY/Mid/Atl
Krista Jacobsen
Phone 516-562-7479.
E-mail: kjacobse@cmp.com
Dist Sales Mgr-NY & MidAtlantic
Mary Hyland
Phone 516-562-5120.
E-mail: mhyland@cmp.com
Acct Exec-NY & MidAtlantic
Tom Etheridge
Phone 516-562-7433.
E-mail: tetherid@cmp.com
Dist Sales Mgr-Midwest/Central
Alan Pacific
Phone 312-946-6637.
E-mail: apacific@cmp.com
Acct Exec-Midwest & Central
Joel Zaklcpkier
Phone 516-562-5276.
E-mail: jozaldap@cmp.com
China Desian: 185 Berry St., Ste 400
San Francisco, CA 94107
Dist Sales Mgr-SW
Adam Roodman
Phone 415-538-8925.
E-mail: aroodman@cmp.com
Acct Exec-NW
Ted Walsh
Phone 415-538-8882.
E-mail: twalsh@cmp.com
Dist Sales Mgr-NW
Glen Reardon
Phone 415-538-8852.
E-mail: greardon@cmp.com
Acct Exec-West
Izumi Couch
Phone 415-538-6978.
E-mail: icouch@cmp.com
New York: 3 Park Ave.
New York, NY 10016
Dist Sales Mgr-NE
Tracey Hagan
Phone 215-321-7555.
E-mail: thagan@cmp.com
Acct Exec-NY/MidAtlantic
Andrew Goresalen
E-mail: agoresal@cmp.com
Los Angeles: 11111 Santa Monica
Los Angeles, CA 90025
Dir of Sales-West
Drew Kossoff
Phone 310-966-3921. Fax 310-966-3990.
E-mail: dkossof@cmp.com
Dist Sales Mgr-S.W.
Valto Paterson
Phone 310-966-3954.
E-mail: vpeterso@cmp.com
Acct Exec-S.W.
Maria Lloyd
Phone 310-966-3950.
E-mail: mlloyd@cmp.com
**9. Rates**
Effective: 01/01/2001.
Rates reported are: gross.

---

Enter Your Buyer's Bundle

**Top Banner**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 100.00 | 97.00 | 94.00 | 91.00 |
| 250,000-499,999 | 98.00 | 95.00 | 92.00 | 89.00 |
| 500,000-999,999 | 94.00 | 91.00 | 88.00 | 85.00 |
| 1,000,000+ | 91.00 | 88.00 | 85.00 | 82.00 |

**Tile**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 86.00 | 81.00 | 76.00 | 70.00 |
| 250,000-499,999 | 83.00 | 81.00 | 78.00 | 73.00 |
| 500,000-999,999 | 81.00 | 78.00 | 76.00 | 73.00 |
| 1,000,000+ | 76.00 | 73.00 | 71.00 | 69.00 |

**PromoBar**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 42.00 | 40.00 | 39.00 | 36.00 |
| 250,000-499,999 | 40.00 | 38.00 | 37.00 | 36.00 |
| 500,000-999,999 | 39.00 | 36.00 | 37.00 | 35.00 |
| 1,000,000+ | 38.00 | 37.00 | 35.00 | 34.00 |

**PC Business Buyers Bundle**
Windows Internet Magazine; TechShopper; TechInvestor; TechCalendar; TechSearch; TechEncyclopedia.

**Top Banner**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 70.00 | 61.00 | 56.00 | 50.00 |
| 250,000-499,999 | 61.00 | 54.00 | 51.00 | 49.00 |
| 500,000-999,999 | 58.00 | 51.00 | 49.00 | 47.00 |
| 1,000,000+ | 56.00 | 49.00 | 47.00 | 45.00 |

**Tile**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 58.00 | 51.00 | 46.00 | 41.00 |
| 250,000-499,999 | 51.00 | 44.00 | 42.00 | 41.00 |
| 500,000-999,999 | 49.00 | 42.00 | 41.00 | 39.00 |
| 1,000,000+ | 46.00 | 41.00 | 39.00 | 37.00 |

**PromoBar**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 29.00 | 25.00 | 24.00 | 20.00 |
| 250,000-499,999 | 25.00 | 22.00 | 21.00 | 20.00 |
| 500,000-999,999 | 24.00 | 21.00 | 20.00 | 19.00 |
| 1,000,000+ | 23.00 | 20.00 | 19.00 | 18.00 |

**Net Consumers Bundle**
NetGuide; CMPtv; Voices; GamePower; ISPs.com; Netstrology; FileMine.

**Top Banner**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 35.00 | 30.00 | 28.00 | 26.00 |
| 250,000-499,999 | 30.00 | 28.00 | 24.00 | 22.00 |
| 500,000-999,999 | 28.00 | 24.00 | 22.00 | 21.00 |
| 1,000,000+ | 26.00 | 22.00 | 21.00 | 20.00 |

**Tile**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 29.00 | 25.00 | 23.00 | 22.00 |
| 250,000-499,999 | 25.00 | 21.00 | 20.00 | 19.00 |
| 500,000-999,999 | 23.00 | 19.00 | 18.00 | 17.00 |
| 1,000,000+ | 22.00 | 19.00 | 17.00 | 16.00 |

**PromoBar**

| Monthly Impressions, CPM: | 1 Mo | 3 Mos | 6 Mos | 12 Mos |
|---|---|---|---|---|
| 100,000-249,999 | 15.00 | 12.00 | 12.00 | 11.00 |
| 250,000-499,999 | 12.00 | 11.00 | 10.00 | 9.00 |
| 500,000-999,999 | 12.00 | 10.00 | 9.00 | 8.00 |
| 1,000,000+ | 11.00 | 10.00 | 9.00 | 8.00 |

---

## CNET COMMERCE SERVICES
**CNET: The Source for Computers & Technology**

CNET Computers.com
CNET Shopper.com

**Location ID: 39 64MJL 100**    Mid 622461-000
E-mail: advertise@cnet.com

### PROFILE
CNET COMMERCE SERVICES is comprised of the CNET Shopper.com site and the CNET Computers.com site. CNET Computers.com is a resource for computer hardware information providing extensive product, pricing and purchasing information in the following 12 categories: cameras, servers, desktops, modems, graphics & sound, storage, monitors, handhelds, notebooks, memory, printers and services. CNET Shopper.com, a product and pricing search engine, indexes and compares more than 1 million prices from 100 major resellers offering data on more than 100,000 products, providing instant information on product availability and direct links to product detail pages.

**1. Personnel**
Eastern Adv Dir
Kirk McDonald
Phone 212-768-8822 Ext. 226
E-mail: kirkm@cnet.com
**2. Advertising Sales Office(s)**
New York: 1500 Broadway, Ste 1811
New York, NY 10036
Phone 212-768-8822. Fax 212-768-0990.

---

## COMMUNITY CONNECT, INC.
### Comprised of:

AsianAvenue.com
BlackPlanet.com
MiGente.com

**Location ID: 39 64MJL 100**    Mid 645468-000
149 Fifth Ave., New York, NY 10010. Phone 212-431-4477.
Fax 212-505-3478.

### PROFILE
COMMUNITY CONNECT, INC. creates and maintains ethnic online communities. Our proprietary technology provides our members with the tools that enable them to easily and fluently form and participate in culturally oriented communities. More than our content, our sites provide our members with unique communication and networking tools resulting in a highly personalized and meaningful community experience.

**1. Personnel**
Exec Dir of Sales & Mktg
Calvin Wong
E-mail: calvin@communityconnect.com
**2. Advertising Sales Office(s)**
San Francisco: 2 Townsend St, Bldg 2, Ste 1000
San Francisco, CA 94107
Phone 415-957-1948. Fax 501-421-6501.
Sales Mgr
J.D. Toussinant
E-mail: jtoussignant@mail.communityconnect.com

---

**Byelas & Neigher**
Attorneys at Law

1804 Post Road East                    Westport, Connecticut 06880-5683         Telephone 203/259-0599
                                                                                Telecopier: 203/255-2570

                                                                                of counsel
                                                                                Ronald L. Sheiman
                                                                                Member, Connecticut, New York and
Leslie Byelas                                                                   District of Columbia Bars.
Alan Neigher

                                                                                Judith M. Trutt

November 7, 1997

Attorney Sandra Grayson
CMP Media, Inc.
600 Community Drive
Manhasset, N.Y. 11030

RE:   **Janice Weinberg**

Dear Attorney Grayson:

Last year, my client, Janice Weinberg, entered into a written agreement with
Electronic Engineering Times for the one-time, non-exclusive print rights to Ms.
Weinberg's column "Janice Weinberg's Career Clinic." While there were several
violations of this agreement,[1] my client is most concerned with the unauthorized
publication of her column on the Internet. Your client did this on April 28, 1997
(issue 951), June 9,1997 (issue 957) and July 14, 1997 (issue 962, as to two
columns). We have learned that an additional column has also gone up on the
Internet, which was acknowledged by the editor of EET, Robert Bellinger.

This obviously presents a problem for my client, who had planned on marketing the
electronic rights to her entire series of columns.

_____

[1]In Clause 1, the print medium only requirement; in Clause 2, Mr. Bellinger called
Ms. Weinberg only once, although four articles contained numerous changes on which
my client was not consulted; in Clause 3, the copyright notice was excluded from both
the print and electronic versions of the July 14, 1997 column; in Clause 5, Ms. Weinberg
was not sent a tear sheet on the first column (networking), and became aware of it only
through a third party.

**Byelas & Neigher**
Attorneys at Law

Attorney Sandra Grayson
Page Two
November 7, 1997

We have thought about an amicable way of resolving this, considering the nature of the columns, problems that may arise in taking it off the Internet and the damage to my client.  Notwithstanding the fact that the first column is no longer available on the Internet because the issue in which it appeared has been deleted, it was still published in the electronic medium.  Thus, we propose the following:

(a)     If the columns are taken off the Internet per subparagraph (c), below, payment of $1,500 for each of the five for a total of $7,500;

(b)     If you choose not to take the remaining four columns off the Internet, $2,500 per column, for a total of $11,500 (4 x $2,500 plus $1,500 for the one already removed).

(c)     (a) above is conditioned upon complete removal no later than 30 days from this date.  If the columns are not removed, or if agreement is not reached by that time, we reserve the right to increase our demand as to both (a) and (b).

I would appreciate your early response.

Sincerely,

Alan Neigher

AN:jem

cc:    Ms. Janice Weinberg