FILED

Oct 17  2 49 PM '03

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

JANICE WEINBERG                           :
                                          :
            Plaintiff                     :
                                          :
    v.                                    :    CIV NO. 302CV1242(MRK)
                                          :
CMP MEDIA INC., CMP MEDIA, LLC, and       :
ELECTRONIC ENGINEERING TIMES              :
                                          :
                                          :
            Defendants                    :
_____X    OCTOBER 17, 2003


**PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT
IN RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND LIST OF ISSUES OF MATERIAL
<u>FACT AS WHICH THERE IS A GENUINE ISSUE TO BE TRIED</u>**


    I, Janice Weinberg, hereby submits her Rule 56(a)(2) Statement in Response

to Defendants' Motion for Summary Judgment Response.

A.      <u>AS TO DEFENDANTS' LOCAL RULE 56(a)(2) STATEMENT</u>

        <u>CMP AND ITS BUSINESS</u>

1.      Admitted.,

1

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Admitted.

9.    Admitted.

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    Admitted.

16.    Admitted.

17.    Admitted.

18.    Admitted.

PLAINTIFF'S LICENSE TO CMP

19.    Admitted.

2

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Denied.

PLAINTIFF'S ALLEGATIONS OF INFRINGEMENT

28.     Admitted.

29.     Admitted.

30.     Admitted.

31.     Admitted.

32.     Admitted.

33.     Admitted.

34.     Denied.

35.     Admitted.

36.     Admitted.

37.     Admitted.

3

38.   Admitted.

39.   Admitted

40.   Admitted.

41.   Admitted.

42.   Admitted.

43.   Denied.

44.   Admitted.

45.   Admitted.

46.   Admitted.

CMP'S WEB TRAFFIC LOGS/INFRINGEMENT

47.   Denied.

48.   Denied.

49.   Denied.

50.   Denied.

51.   Denied.

52.   Denied.

53.   Denied.

54.   Denied.

4

THE INDEPENDENT OPERATION OF CMP'S CONTACT SERVER
AND ADVERTISING SERVER

55-67.      [Plaintiff respectfully submits that she is unable to respond to ¶¶ 55-

67 without access to the information sought in the discovery

described in her earlier Motion Nunc Pro Tunc To Extend Time to

Complete Discovery]


**B.**    **STATEMENT UNDER LOCAL RULE 56(a)(2) OF MATERIAL FACTS
AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED**

1.     Plaintiff's Article was available on the Internet because of its inclusion in

EET's website (J. Weinberg Aff. ¶¶ 2, 3, 4, 7).

2.     The essence of plaintiff's claim of infringement is not that certain

licensees of plaintiff copied or downloaded the Article in 2001, but that defendants

copied, reproduced and distributed plaintiff's article from their servers and provided the

means by which others reproduced and distributed the Article, without limitation (id. ¶ 6).

3.     Internet users not licensees of the plaintiff successful viewed and

received the Article on the CMP website during the time period to this action (T.

Lundberg. Decl. ¶¶ 12, 13).

4.     Based on the browser cache location of each Internet user identified by

defendants (Jason Kates, or "J.K. Decl., Exh. A), reproduction and distribution of plaintiff's

5

Article would have been unrestricted (id. ¶ 17).

THE PLAINTIFF
JANICE WEINBERG


By:_____
ALAN NEIGHER – Fed. ID ct-00134
BYELAS & NEIGHER
1804 Post Road East
Westport, CT 06880
203/259-0599


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first-class prepaid postage and via facsimile to Christopher J. Glancy, Esq. and Daren M. Orzechowski, Esq., White & Case, LLP, 1155 Avenue of the Americas, New York, N.Y. 10036-2787 (212/354-8113) and Joseph W. Martini, Esq., Pepe & Hazard, LLP, 30 Jelliff Lane, Southport, CT 06890 (203/259-0251) this 17th day of October, 2003.

_____
ALAN NEIGHER

6