**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

Weinberg                                      :
                                              :
                                              :
                          Plaintiffs,         :     NO.     3:02cv1242 (MRK)
                                              :
v.                                            :
                                              :
                                              :
CMP Media, et al                              :
                                              :
                          Defendants.         :

FILED
OCT 21   3 26 PM '03
U. S. DISTRICT COURT
NEW HAVEN CONN.

**ORDER**

The parties having conferred with the Court on October 21, 2003 regarding the above-captioned case, the following is ordered:

1.     Plaintiff's Motion Nunc Pro Tunc to Extend Time to Resolve Outstanding Discovery Disputes and Complete Discovery [Doc. #33] is DENIED as moot;

2.     Plaintiff's Motion for Extension of Time to Reply to Defendant's Motion for Summary Judgment [Doc. #44] is DENIED as moot;

3.     By October 28, 2003, Defendants will provide Plaintiffs with the Profit and Loss statements for Electronic Engineering Times (EET) for the three years preceding the filing of the complaint;

4.     All depositions, of both fact and expert witnesses, will be completed by November 21, 2003;

1

5.    Plaintiff will submit a supplemental brief and Local Rule 56(a) Statement in opposition to Defendants' Motion for Summary Judgment by December 19, 2003;

6.    Defendants will reply to Plaintiff's opening and supplemental briefs and Local Rule 56(a) Statements by January 16, 2004;

7.    Oral argument will be held on Defendants' Motion for Summary Judgment on January 30, 2004 at 10:00 a.m.

8.    Counsel shall be prepared to file a Joint Trial Memorandum, if necessary, within 30 days of the Court's decision on Defendant's Motion for Summary Judgment.

**Counsel should not anticipate that the Court will grant any further extensions of any of the above-listed deadlines.**

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: <u>October 21, 2003</u>

2