UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WEINBERG

V.

CMP MEDIA, INC. ET AL

Case Number: 3:02cv1242 MRK

FILED
Nov 19  3 38 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>November 19, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 19, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, November 19, 2003.

KEVIN F. ROWE, CLERK

Kenneth R. Ghilardi
Deputy Clerk