UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
JANICE WEINBERG,           :
                           :
           Plaintiff,      :    Civ. No. 3:02CV1242 (MRK)
                           :
     v.                    :
                           :    STIPULATION AND ORDER
CMP MEDIA, INC., CMP MEDIA LLC,  :    OF DISMISSAL
and ELECTRONIC ENGINEERING TIMES, :
                           :
           Defendants.     :
                           :
------------------------------------x

FILED
Nov 21  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

   IT IS HEREBY STIPULATED AND AGREED by and between the above-captioned parties, by their undersigned counsel, that this action be dismissed with prejudice and without costs or attorneys fees to any party.

Dated: November 18, 2003

BYELAS & NEIGHER

By: _____
    Alan Neigher (ct 00134)
    1804 Post Road East
    Westport, Connecticut 06880
    (203) 259-0599

Attorneys for Plaintiff Janice Weinberg

PEPE & HAZARD LLP

By: _____
    Joseph W. Martini (ct 07225)
    30 Jelliff Lane
    Southport, Connecticut 06890
    (203) 319-4002

Attorneys for Defendants CMP Media LLC, CMP Media Inc. and Electronic Engineering Times

SO ORDERED:

_____
Hon. Mark R. Kravitz, U.S.D.J.