

55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x

JANICE WEINBERG,

                Plaintiff,

v.

CMP MEDIA, INC., CMP MEDIA LLC,
and ELECTRONIC ENGINEERING TIMES,

                Defendants.

------------------------------------x

FILED
Nov 21  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civ. No. 3:02CV1242 (MRK)

STIPULATION AND ORDER
OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between the above-captioned parties, by their undersigned counsel, that this action be dismissed with prejudice and without costs or attorneys fees to any party.

Dated: November 18, 2003



BYELAS & NEIGHER

By: _____
Alan Neigher (ct 00134)
1804 Post Road East
Westport, Connecticut 06880
(203) 259-0599

Attorneys for Plaintiff Janice Weinberg

PEPE & HAZARD LLP

By: _____
Joseph W. Martini (ct 07225)
30 Jelliff Lane
Southport, Connecticut 06890
(203) 319-4002

Attorneys for Defendants CMP
Media LLC, CMP Media Inc. and
Electronic Engineering Times